# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>HUGO ARREOLA-REGALADO<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)       24-CR-04089<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    November 15, 2024    in the county of    Woodbury    in the    Northern    District of    Iowa   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) and (b)(2) | aggravated felon found after illegal re-entry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Deportation Officer Christopher Green, ICE
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 11/20/2024

*Judge's signature*

Northern District of Iowa

Kelly K.E. Mahoney, Chief U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF DEPORTATION OFFICER CHRISTOPHER N. GREEN IN SUPPORT OF ARREST WARRANT

I, Christopher N. Green (affiant), after being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1. I am a duly appointed Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with this agency, since July 2017. On January 25, 2018, I graduated from the Basic Enforcement and Removal Operations ICE Academy located at the Federal Law Enforcement Training Center in Glynco, GA, where I was trained on immigration laws, policies, and procedures. Before I was employed with ICE, I was employed with the Bureau of Prisons (BOP) from 2013-2017, and with the United States Navy from 2007-2012. I am responsible for conducting criminal and civil investigations of violations of the Immigration and Nationality Act (INA), which relate to an alien's right to presence and employment in the United States.

2. All of the statements and information contained in this affidavit are based: upon my review of investigative reports prepared by law enforcement officers with knowledge of the facts recited; upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; and upon my review of official documents and records maintained by the United States. Based thereon, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

3. The information contained in this affidavit does not include all of the facts I know about this investigation. Rather, it contains only the facts necessary to establish probable cause to believe that Hugo Arreola-Regalado (defendant) has violated Title 8, U.S.C. Sections 1326(a) and (b)(2), illegal re-entry as an aggravated felon.

1

## FACTS ESTABLISHING PROBABLE CAUSE

4. On November 14, 2024, defendant was involved in a physical altercation where there was an alleged firearm pointed at the victim's head and assaulted multiple times. The victim is the defendant's wife, Yesenia Marin Medina and there is currently an active No Contact Order in place from April 05, 2024. This altercation took place at the South Ravine Park in Sioux City, IA which is located in the Northern District of Iowa, in Woodbury County, Iowa. The defendant and victim were meeting near the park to discuss visitation privileges for a child they have together. This information was reported to local law enforcement and defendant is currently being looked for in the Siouxland area. On November 15, 2024, the Sioux City, Iowa Police Department Crime Analyst Unit contacted the affiant and provided biographical information and photographs, due to knowing that ICE has had previous encounters with the defendant. The biographical information was entered into the Department of Homeland Security databases and a positive match identified the defendant as Hugo Arreola-Regalado. An investigation conducted by affiant revealed defendant is a citizen of Mexico and was previously removed from the United States on two (2) previous occasions.

5. On April 18, 2024, Sioux City, IA Deportation Officer Christopher Green arrested the defendant at the Woodbury County, IA jail after he completed his mittimus for domestic abuse involving Yesenia Marin Medina. Officer Green positively identified the defendant from the photographs and biographical information provided from the Sioux City, IA PD as the same individual that he arrested on April 18, 2024.

6.	As a result of the positive match of biographical information, affiant was able to identify and locate a unique DHS alien registration file and an FBI number relating to defendant. Defendant's alien registration file contains photographs, fingerprints, court documents from previous charges and convictions out of Woodbury County, IA, and immigration documents identifying defendant as a citizen and national of Mexico. Alien registration file records, databases, and indices revealed the defendant was removed from the United States prior to being found in Northern District of Iowa in 2024. The records also confirmed defendant is an alien who has been removed from the United States to Mexico on two (2) previous occasions, March 24, 2021, and May 08, 2024. A search of DHS indices failed to produce any record of an application for lawful entry or lawful admission into the United States by or on the behalf of defendant.

7.	Further investigation also revealed that on October 11, 2000, the defendant was convicted in the Iowa District Court for Woodbury County, Iowa for Forgery in violation of Iowa Code Section 715A.2(2)(a)(4) and sentenced to 5 years in prison. Case No. FECR049100.

## CONCLUSION

8.	Based on the foregoing facts, and my experience and training, probable cause exists that Hugo Arreola-Regalado (defendant) violated Title 8, United States Code, Sections 1326(a) and (b)(2), in that defendant, an alien previously convicted of an aggravated felony, was found in Woodbury County, Iowa, after having been last removed from the United States on May 08, 2024, and returned to the United States without having first obtained the consent of the Secretary of Homeland Security prior to his return.

DATED this 20th day of November 2024.

_____
Christopher N. Green
Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me this 20th day of November 2024.

_____
Kelly K.E. Mahoney
UNITED STATES CHIEF MAGISTRATE JUDGE
Northern District of Iowa

4